UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GHOST L.L.C.,

                *Plaintiff*,

– against –

GHOST FITNESS NYC, LLC and AQIB RASHID MAMOON,

                *Defendants*.

**ORDER**
21-cv-03557 (NCM) (MMH)

**NATASHA C. MERLE**, United States District Judge:

    This Court has received the Report and Recommendation ("R&R") dated August 29, 2025, from the Honorable Marcia M. Henry, United States Magistrate Judge. ECF No. 82. No objections have been filed.

    The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

    Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted in part and denied in part. The Clerk of Court shall enter default judgment against Defendant Ghost Fitness NYC, LLC on Counts I, II, IV, V, VII, and VIII. Plaintiff is awarded $5,051,415.00, including $5,051,013.00 in treble damages and $402.00 in costs, plus postjudgment interest to accrue at the rate set forth in 28 U.S.C. § 1961. Plaintiff is to submit for the Court's approval and endorsement a revised proposed Permanent Injunction on or before October 27, 2025.

**SO ORDERED.**

*/s/ Natasha C. Merle*
NATASHA C. MERLE
United States District Judge

Dated:     September 26, 2025
           Brooklyn, New York